UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

## July, 2026 CRIMINAL TRIAL LIST FOR PORTLAND

This list contains criminal cases that will be scheduled for trial in Portland during the month of July 2026.

**Jury Selection is scheduled for July 6 and 7 at 9:00 a.m.**[1]

Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

**Juror Questionnaires**:

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be emailed to counsel seven (7) days prior to selection. Questionnaires that are not available prior to selection will be provided to counsel for review on the day of jury selection.

**Scheduling:**

Federal Rule of Criminal Procedure 50 requires that scheduling preference must be given to criminal proceedings as far as practicable. The District of Maine Speedy Trial Plan requires that the trial of those defendants in custody solely because they are awaiting trial or those defendants designated as high risk shall be given preference over other criminal cases. 18 U.S.C. § 3164(a).

**Motions for a Date Certain for Trial or for Protection from Trial:**

After the deadline for filing any motions for date certain has expired, the Court will take the motions under advisement, as a whole, for determination of trial dates.

---

[1] The Court will ordinarily plan to select 2 juries per day, with the second day held in reserve. Counsel should be prepared to select a jury on the first day, regardless of position on the trial list. The Court will notify counsel as soon as practicable if the second day is not needed.

Trials to Commence in July 2026

| | | |
|---|---|---|
| USA<br>Criminal No. 2:23-cr-00134-JAW | v. | ANTHONY COLEMAN |
| Nicholas M. Scott, AUSA<br>Nicholas S. Heimbach, AUSA | | Thomas S. Marjerison, Esq. |
| USA<br>Criminal No. 2:24-cr-00068-LEW | v. | WILLIE BANKS |
| Peter I. Brostowin, AUSA<br>Lindsay Feinberg, AUSA<br>Nicholas S. Heimbach, AUSA | | Caleigh Milton, Esq.<br>Heather L. Gonzales, Esq. |
| USA<br>Criminal No. 2:25-cr-00015-LEW | v. | TOMMY GUERRERO |
| Noah Falk, AUSA<br>Nicholas S. Heimbach, AUSA | | Peter J. Cyr, Esq. |
| USA<br>Criminal No. 2:25-cr-00030-LEW | v. | ALEXANDER BRIDGES |
| Craig M. Wolff, AUSA<br>Nicholas S. Heimbach, AUSA | | Timothy Zerillo, Esq. |
| USA<br>Criminal No. 2:25-cr-00034-JAW-1 | v. | DANNY SUN |
| Peter I. Brostowin, AUSA<br>Nicholas S. Heimbach, AUSA | | Roger F. Brunelle, Jr., Esq. |
| USA<br>Criminal No. 2:25-cr-00050-SDN | v. | DANIEL LYDON<br>MICHAEL MYRICK<br>CASSANDRA SMITH<br>JEFFREY GLANTZ<br>CHASE HESKETH<br>PETER CALL<br>NICHOLAS PORTER |
| Ethan Plaut, AUSA<br>Lindsay Feinberg, AUSA | | Patrick A. Parson, Esq.<br>Matthew A. Crockett, Esq.<br>Jeffrey W. Langholtz, Esq.<br>Amber L. Tucker, Esq.<br>Amy L. Fairfield, Esq.<br>Daniel A. Wentworth, Esq.<br>Daniel D. Dube, Esq. |

| | | |
|---|---|---|
| USA<br>Criminal No. 2:25-cr-00050-SDN-8<br><br>Ethan Plaut, AUSA<br>Lindsay Feinberg, AUSA | v. | AMARI PERRY<br><br><br>Edward S. MacColl, Esq. |
| USA<br>Criminal No. 2:25-cr-00060-SDN<br><br>Noah Falk, AUSA<br>Nicholas S. Heimbach, AUSA | v. | ERIC BACHAND<br><br><br>Daniel A. Wentworth, Esq. |
| USA<br>Criminal No. 2:25-cr-00061-JAW<br><br>Noah Falk, AUSA | v. | DREW HANKINS<br><br><br>Heather L. Gonzales, Esq. |
| USA<br>Criminal No. 2:25-cr-00070-LEW<br><br>Craig M. Wolff, AUSA<br>F. Todd Lowell, AUSA<br>Nicholas S. Heimbach, AUSA | v. | ANDREW GREER<br><br><br>Stephen Michael Sweatt, Esq.<br>Timothy Zerillo, Esq. |
| USA<br>Criminal No. 2:25-cr-00101-LEW<br><br>Sean Green, AUSA | v. | CURRIN CARIDINE<br><br><br>Patrick A. Parson, Esq. |
| USA<br>Criminal No. 2:25-cr-00105-JAW<br><br>Sean Green, AUSA | v. | PALWASHA SHIR<br><br><br>Vincent S. Loconte, Esq. |
| USA<br>Criminal No. 2:25-cr-00109-SDN<br><br>Noah Falk, AUSA | v. | NOOR MOHAMED<br><br><br>Corey Willliam Stone, Esq. |
| USA<br>Criminal No. 2:25-cr-00117-JAW<br><br>Noah Falk, AUSA<br>Nicholas S. Heimbach, AUSA | v. | TASHEEM CARTER<br><br><br>James A. Clifford, Esq. |

| | | |
|---|---|---|
| USA<br>Criminal No. 2:25-cr-00121-SDN | v. | LAUREN SABATTUS |
| Johnathan Nathans, AUSA<br>Nicholas S. Heimbach, AUSA | | Jonathan M. Goodman, Esq. |
| USA<br>Criminal No. 2:25-cr-00124-LEW | v. | JONNATAN NOE IRIAS-LAINEZ |
| Sean Green, AUSA | | Heather L. Gonzales, Esq. |
| USA<br>Criminal No. 2:25-cr-00145-LEW | v. | JUSTIN PERKINS<br>LARISSA JOHNSTON |
| Noah Falk, AUSA<br>Nicholas S. Heimbach, AUSA | | Edward S. MacColl, Esq.<br>Amy L. Fairfield, Esq. |
| USA<br>Criminal No. 2:25-cr-00149-JAW | v. | JEAN PIERRE GENDRON |
| Shira Furman, AUSA<br>Nicholas S. Heimbach, AUSA | | Mark J. Peltier, Esq. |
| USA<br>Criminal No. 2:25-cr-00163-JAW | v. | ALEXANDRA POULIN |
| Noah Falk, AUSA<br>Nicholas S. Heimbach, AUSA<br>Shira Furman, AUSA | | Heather L. Gonzales, Esq. |
| USA<br>Criminal No. 2:25-cr-00164-JAW | v. | KRYSTAL PRATT |
| Noah Falk, AUSA<br>Shira Furman, AUSA | | Tyler J. Smith, Esq. |
| USA<br>Criminal No. 2:25-cr-00177-LEW | v. | WHILO RECIO<br>RAMON RECIO<br>KRISTIE WITTMAN |
| Lindsay Feinberg, AUSA<br>Nicholas S. Heimbach, AUSA | | Grainne Dunne, Esq.<br>Kristine C. Hanly, Esq.<br>Roger F. Brunelle, Jr., Esq. |
| USA<br>Criminal No. 2:25-cr-00179-LEW | v. | GREGORY KELLY |
| Craig M. Wolff, AUSA | | Richard S. Berne, Esq. |

| | | |
|---|---|---|
| USA<br>Criminal No. 2:25-cr-00183-JAW<br><br>Noah Falk, AUSA | v. | CLAYTON HOWE<br><br>Edward S. MacColl, Esq. |
| USA<br>Criminal No. 2:26-cr-00014-SDN<br><br>Anne Yereniuk, AUSA<br>Nicholas S. Heimbach, AUSA | v. | KENNETH SIMPSON<br><br>Caleigh Milton, Esq. |
| USA<br>Criminal No. 2:26-cr-00015-SDN<br><br>Anne Yereniuk, AUSA<br>Nicholas S. Heimbach, AUSA | v. | AFONSO PEDRO TUSSEVO-REGINA<br><br>Roger F. Brunelle, Jr., Esq. |
| USA<br>Criminal No. 2:26-cr-00016-LEW<br><br>Ethan Plaut, AUSA | v. | TYRESE COLLINS<br><br>Grainne Dunne, Esq. |
| USA<br>Criminal No. 2:26-cr-00030-SDN<br><br>Peter I. Brostowin, AUSA<br>Nicholas S. Heimbach, AUSA | v. | CLYDE HALL<br><br>Grainne Dunne, Esq. |
| USA<br>Criminal No. 2:26-cr-00044-SDN<br><br>Nicholas S. Heimbach, AUSA<br>Noah Falk, AUSA | v. | PETER TRACY<br><br>Chris Alexander Nielsen, Esq. |
| USA<br>Criminal No. 2:26-cr-00054-JAW<br><br>Peter I. Brostowin, AUSA | v. | DOMANTE POWELL<br><br>Jeffrey W. Langholtz, Esq. |
| USA<br>Criminal No. 2:26-cr-00055-LEW<br><br>Sean Green, AUSA | v. | PHUNG THACH<br><br>Andre James Hungerford, Esq. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**ELECTRONIC EVIDENCE PRESENTATION**

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each have an Evidence Presentation System (EPS).  Counsel must reserve the equipment well in advance of trial.

The EPS consists of a document camera (for displaying paper evidence to the court) with digital displays which allows the judge, attorneys, witnesses, and jury to view the evidence simultaneously.

The EPS also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EPS. Our system uses an HDMI connection for displaying evidence. If your laptop lacks this connection, you will need to provide an adapter to connect to the EPS.

In most courtrooms, the EPS includes annotation capability with the option to capture and print that annotation in the courtroom.  Attorneys must advise IT in advance if they plan to use this capture and print feature.  Annotations created using the EPS may only be moved into evidence after printing.

Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.

Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

U.S. District Court I.T. Department

AV@med.uscourts.gov