

Defendant's Exhibit

11-A

2:24-cr-68-LEW



00001224



00001225



00001226



00001227



00001228



00001229



00001230



00001231



00001232



00001233



00001234



00001235



00001236



00001237



00001238



00001239



00001240



00001241





00001243



00001244





00001246



00001247



00001248



00001249



00001250



00001251



00001252