# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

**JUL 8 2026**

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIE BANKS | ) | Case No. 2:24-cr-0068-LEW |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Willie Banks                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☑ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Release while on release for an offense alleging Possession of Firearm by Prohibited Person -
Felon: 18 U.S.C. 922(g)(1)

Date and time issued:      Jun 22,2026,9:52 am

*Judge's Signature*

City and state:      Portland, Maine

David M. Cohen, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/22/2026 , and the person was arrested on *(date)* 6/26/2026
at *(city and state)* Portland, Maine .

Date: 6/26/2026

*Arresting officer's signature*

Adam Morin, Special Agent, FBI
*Printed name and title*