Rebuttal

1. Four people were in the house
   a. Wille – shaved head



   b. Melissa – long hair in a ponytail



<div style="background:yellow">**EXHIBIT 1**</div>

c.  Child – obviously a juvenile



d.  Mackenzie – long hair



e. Both females with hair down to the middle of their backs



2. Shooter was identified as Willie by S/A Robinson, who had been watching him on that very same camera for a long time.
3. In my interview with Banks, he claims that two people came in his house, two people left his house and two people fired in the air. Watching the video later I found this to be a lie, only one person entered the house and only one person left the house.
4. Banks identifies the only people in the house as Mackenzie, Melissa, "the boy" and him.
5. Banks tells me the second person jumps over the porch, which after watching the video I also know isn't true.
6. Banks tells me that the two people in the driveway shoot in the air, even after I tell him there are bullet impacts in the ground.